

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| WILLIAM CRIPPS, § | |
| a/k/a William J. Cripps, a/k/a Billy Cripps,, § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION NO. 8:22-03992-MGL-JDA |
| § | |
| LEXINGTON COUNTY DETENTION § | |
| CENTER, C.O. ILLIFF, C.O. WILSON, and § | |
| MEDICAL PROVIDER WELLPATH, § | |
| Defendants. § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING ONE OF THE DEFENDANTS FROM THE ACTION**

Plaintiff William Cripps filed this lawsuit against Lexington County Detention Center, C.O. Illiff, C.O. Wilson, and Medical Provider Wellpath. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Defendant Lexington County Detention Center be dismissed from this action. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on November 30, 2022, and the Clerk of Court entered Cripps objections on December 12, 2022.

In Cripps's objections, he does not appear to object to the Magistrate Judge's suggestion that the Court dismiss Defendant Lexington County Detention Center from this action. He instead states he wishes to add additional defendants to this action.

In that event, he must file an appropriate motion to amend with the Magistrate Judge for her consideration.

After a thorough review of the Report and the record in this case pursuant to the standards set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court that Defendant Lexington County Detention Center is **DISMISSED** from this action.

**IT IS SO ORDERED**.

Signed this 20th day of April, 2023, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.